1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  BARBARA J. VALLIERE (DCBN 439353)
   DAVID J. WARD (CABN 239504)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
7     Telephone: (415) 436-7200
      Facsimile: (415) 436-7234
8     david.ward@usdoj.gov
      barbara.valliere@usdoj.gov
9
   Attorneys for United States of America
10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13

14 | UNITED STATES OF AMERICA,              ) CASE NO. 20 CR-0108 JD
                                            )
15 |         Plaintiff,                     )
                                            )
16 |    v.                                  ) **STIPULATION AND ~~PROPOSED~~ ORDER TO**
                                            ) **VACATE AND RESET SENTENCING DATE**
17 | MARK DJANGO HICKS, a/k/a KAFANI,       ) **FOR DEFENDANTS ARREOLA-MARTIN,**
     TYRONE ALEXANDER JONES,                ) **POOL, AND SKOROCHOD**
18 | SUSAN ARREOLA-MARTIN,                  )
     CHRISTOPHER POOL,                      )
19 | DEMARCUS HICKS a/k/a SMURF,            )
     DIONYSIUS ("DONNIE") COSTELLO, and     )
20 | LEIF SKOROCHOD,                        )
                                            )
21 |         Defendants.                    )
                                            )
22

23     Counsel for the United States and counsel for defendants CHRISTOPHER POOL, SUSAN

24 ARREOLA-MARTIN, and LEIF SKOROCHOD in the above-captioned matter jointly file this

25 Stipulation and Proposed Order asking the Court to vacate the April 25, 2022 sentencing date for these

26 three defendants and set a new sentencing date for all three defendants on May 23, 2022, at 10:30 a.m.

27 before the Court. The parties ask that the Court vacate the sentencing date and allow them additional

28

STIPULATION TO RESET SENTENCING DATES
Case No. 20-CR-0108 JD

time so that they may gather and prepare additional information relevant to the sentencing to the Court. The parties have confirmed with the Court's courtroom deputy that that date is available.

The parties further stipulate and agree that if the Court sets sentencing on May 23, 2022, sentencing memos will be due May 9, 2022, and responses may be filed no later than May 16, 2022.

The undersigned Assistant United States Attorneys certify that they have obtained approval from counsel for the defendants to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: March 28, 2022        /s/ *David J. Ward*
                             DAVID J. WARD
                             BARBARA J. VALLIERE
                             Assistant United States Attorneys

DATED: March 28, 2022
                             /s/ *with permission*
                             STEVEN KALAR
                             Attorney for Defendant SKOROCHOD

                             /s/ *with permission*
                             CHARLES WOODSON
                             Attorney for Defendant POOL

                             /s/ *with permission*
                             KENNETH WINE
                             Attorney for Defendant ARREOLA-MARTIN

STIPULATION TO RESET SENTENCING DATES
Case No. 20-CR-0108 JD

**[PROPOSED] ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court hereby orders that the April 25, 2022 sentencing date for defendants POOL, SKOROCHOD, and ARREOLA-MARTIN in the above-captioned matter be vacated, and that sentencing be set for defendants POOL, SKOROCHOD, and ARREOLA-MARTIN on May 23, 2022, at 10:30 a.m. before this Court. Sentencing memos will be due on May 9, 2022, and responses may be filed no later than May 16, 2022.

IT IS SO ORDERED.

DATED: March 31, 2022

_____
HON. JAMES DONATO
United States District Judge

STIPULATION TO RESET SENTENCING DATES
Case No. 20-CR-0108 JD